IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED FEB 13 2001

CHRISTINE McKELDIN     *
    Plaintiff      *
                   *  **Civil No. L 00-CV-2638**
vs.                    *
                   *
WAL-MART STORES, INC.  *
    Defendant      *

### LINE OF DISMISSAL

TO THE CLERK:

You will please mark all claims in the above-captioned case as SETTLED, SATISFIED, PAID, and DISMISSED WITH PREJUDICE.

Respectfully submitted,

_____
Edward C. Crossland, Esquire
10 Greene Street
Cumberland, Maryland 21502
Counsel for Plaintiff

_____
Christopher R. Dunn, #05278
4601 Forbes Boulevard, #200
P.O. Box 40
Lanham, MD 20703-0040
Counsel for Defendant

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

WASHINGTON BUSINESS PARK
4601 FORBES BOULEVARD
SUITE 200
POST OFFICE BOX 40
LANHAM, MD 20703-0040
TELEPHONE: (301) 306-4300
FAX: (301) 306-4988

11166 MAIN STREET
SUITE 400
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 273-0110
FAX: (703) 299-8548

I:\COMMON\WP\L1\CRD\McKeldin v. Wal-Mart CLOSED\dismissal.wpd:sao

APPROVED THIS 14TH DAY OF February, 2001

_____
BENSON EVERETT LEGG, U.S.D.J.